Case 1:13-cv-03578-KBF   Document 20   Filed 11/05/13   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 06 2013

NOV 0 6 2013

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN D. HUBER, TRUSTEE OF THE
SAGECREST LIQUIDATING TRUST,

    Plaintiff,

- against -

R. JEFFREY GWIN, JOHN MANNIX and
T. CRAIG HARMON,

    Defendants.

---

Civil Action No.: 13-cv-3578 (KBF)

**STIPULATION OF DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice against the defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       October __, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
    Laurence May, Esq.
    Nolan Shanahan, Esq.
    *Attorneys for Plaintiff John D.*
    *Huber, Trustee of the SageCrest*
    *Liquidating Trust*
    900 Third Avenue, 16th Floor
    New York, NY 10022
    (212) 752-8000

LOEB & LOEB LLP

By: _____
    Eugene R. Licker, Esq.
    *Attorneys for Defendants R. Jeffrey Gwin*
    *and John Mannix*
    345 Park Avenue
    New York, NY 10154
    (212) 407-4000

LECLAIRRYAN

By: _____
Bruce H. Matson
*Attorneys for Defendant T. Craig Harmon*
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 343-4090

**SO ORDERED:**

_____
**U.S.D.J.**
FORREST   4" 11/6/13

2

49856.0002-9928565v1